IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATHAN EKEJIUBA ANYANWU,

        Plaintiff,

  v.

UNITED STATES CITIZENSHIP AND
NATURALIZATION SERVICES,

        Defendant.

Civil No. 08-0010 (JBS)

ORDER

    This matter having come before the Court on its own motion pursuant to Fed. R. Civ. P. 4(m); for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this   **7th**   day of **August, 2008** hereby

    ORDERED that Plaintiff shall have thirty days from the entry of this Order to properly serve Defendant pursuant to Fed. R. Civ. P. 4(i), and file his proofs of service with the Clerk pursuant to Fed. R. Civ. P. 4(l), or this action shall be dismissed; and

    IT IS FURTHER ORDERED that Plaintiff's motion to amend/correct [Docket Item 1] shall be deemed a Complaint, and not a motion with a return date, and such motion is dismissed without prejudice to the Complaint going forward if timely served.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    UNITED STATES DISTRICT JUDGE